UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA,          :

                                                               :          1: 23-CR-00354 - 1 (PKC)

                        -against-                      :          <u>ORDER</u>

ALEX VARGAS,                              :

                               Defendant.        :
------------------------------------------------------------X

P. KEVIN CASTEL, United States District Judge:

       Upon the consent of both parties and Pretrial Services, it is hereby ORDERED that the defendant's condition of Home Detention enforced by Location Monitoring be replaced with: *Curfew, with hours to be set by Pretrial Services, enforced by Location Monitoring.*

SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                                          P. Kevin Castel
                                                          United States District Judge